# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERMELINDA BOSQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIA AMERICA, INC.,<br><br>　　　　Defendant. | Case No. 1: 21-cv-01729-JLT-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10)<br><br>THIRTY DAY DEADLINE |

　　　　This action was filed on December 6, 2021. (ECF No. 1.) On January 13, 2022, the Plaintiff filed a notice of settlement. (ECF No. 10.) The notice of settlement proffers that the parties anticipate the settlement to be finalized within the next 120 days. (Id.)

　　　　Pursuant to Local Rule, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. L.R. 160(b). Other than generally proffering an extended approximate time period for finalizing the settlement, the parties have presented no specific showing of good cause for extending the time period set by the Local Rule. The Court shall set a deadline of thirty days based on such proffer, however, any extension shall be requested through a stipulation demonstrating good cause for the needed extension.

/ / /

/ / /

/ / /

1

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated: **January 14, 2022**

UNITED STATES MAGISTRATE JUDGE