# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERMELINDA BOSQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>KIA MOTORS AMERICA, INC.,<br><br>Defendant. | Case No. 1:21-cv-01729-JLT-SAB<br><br>ORDER EXTENDING TIME FOR DISPOSITIONAL DOCUMENTS TO BE FILED<br><br>(ECF No. 13) |

On January 13, 2022, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action. (ECF No. 10.) On January 14, 2022, the Court vacated all pending matters and dates and ordered the parties to file dispositional documents no later than February 14, 2022. (See ECF No. 11.)

On February 11, 2022, the parties filed a stipulated request for an extension of time to file dispositional documents. (ECF No. 13.) The parties proffer the case settled for a repurchase of the subject vehicle and they require additional time to prepare the paperwork necessary for the repurchase, order settlement checks, and schedule the vehicle surrender. (ECF No. 13.) The parties seek an additional sixty days to finalize the settlement. (Id.)

Generally, once the terms of a settlement agreement are finalized and the settlement

1

1  agreement is signed by the parties, the Court does not retain jurisdiction to oversee that the parties
2  comply with the terms of the settlement.  Nonetheless, the Court shall grant the parties' requested
3  extension.  The parties are advised that no further extensions of time shall be granted absent a
4  strong showing of good cause.
5  Accordingly, IT IS HEREBY ORDERED that the parties SHALL FILE dispositional
6  documents **no later than sixty (60) days** from the date of electronic filing of this order.  Failure
7  to comply with the Court's order may result in the imposition of sanctions, including monetary
8  sanctions against all parties and their attorneys of record and dismissal of this action.

IT IS SO ORDERED.

Dated:   **February 14, 2022**

UNITED STATES MAGISTRATE JUDGE